UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

**CIVIL ACTION NO. 07-53-DLB**

**BETHANY THACKER**                                                      **PLAINTIFF**

vs.                                <u>**JUDGMENT**</u>

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security**                                          **DEFENDANT**

*****************

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** that:

     (1)    the administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

     (2)    Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE;** and,

     (3)    this action is **STRICKEN** from the active docket of this Court.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Order.

Dated this 31st day of March, 2008.



Signed By:
<u>David L. Bunning</u>   DB
United States District Judge

G:\DATA\SocialSecurity\MOOs\7-07-53-ThackerJudgment.wpd